UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-7 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| KELTON SALOWITZ, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant Dunn appeared before the undersigned for a detention hearing on April 5, 2024. For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: April 5, 2024           /s/ *Maarten Vermaat*
                              MAARTEN VERMAAT
                              U.S. MAGISTRATE JUDGE