UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KELTON SALOWITZ,

        Defendant.

_____/

Case No. 2:24-cr-7

Hon. Paul L. Maloney
U.S. District Judge

### CORRECTED ORDER FOR DETENTION

Defendant Salowitz appeared before the undersigned for a detention hearing on April 5, 2024.  For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.


Dated:  April 15, 2024           /s/ *Maarten Vermaat*
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE