UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             No. 2:24-cr-007

    v.                                     Hon. Robert J. Jonker
                                               United States District Judge

KELTON SALOWITZ,

        Defendant.
_____/

## GOVERNMENT SENTENCING MEMORANDUM

Kelton Salowitz is dangerous. Only by imposing a lengthy sentence can this Court satisfy its statutory obligation to "protect the public from further crimes of the defendant."

**I.  Background**

Kelton Salowitz is a pedophile with "extreme anger issues." (R.41: Presentence Investigation Report (PSR), PageID.144, ¶ 101.) Even from his isolated home in Northern Michigan, he was determined to find a child to fulfill his sexual fantasies. Now aged 19, he has sexually victimized at least three different girls aged 12 and under.

The first was a six-year-old whom he groped while trying to get the girl to sit on his lap. Salowitz said afterwards that he just "went for [her]." (*Id.* at PageID.140, ¶ 81.)

The second was Minor Victim 1, a 12-year-old Salowitz found on the internet. (*Id.* at PageID.120, ¶ 24.) Salowitz enticed MV1 into sending him sexually explicit photos of herself, and he even persuaded her to participate in a sexually active live video chat, which was recorded and saved on one of his devices. (*Id.* at PageID.120-25, ¶¶ 24-25.)

Unsatisfied with MV1 alone, Salowitz also tried to manipulate her into producing child pornography of her own sister. (*Id.* at PageID.126, ¶ 28.) "[I]t would make me happy," he assured the girl. (*Id.*)

Salowitz also pursued MV1's 12-year-old friend, Minor Victim 2, whom he badgered repeatedly, asking her to make child pornography of herself and send it to him via social media. (*Id.* at PageID.127, ¶¶ 29-34.)

Meanwhile, Salowitz also curated a private collection of child pornography made by other perpetrators. His library included videos of prepubescent boys and girls being raped by adult men – sometimes with foreign objects. (*Id.* at PageID.136-39, ¶¶ 77-79.)

Sexual misconduct aside, Salowitz had a history of violent outbursts that included deadly threats. By his own account, he "regularly punched walls or objects, and often threw items at his mother and his sister." (*Id.* at PageID.144, ¶ 101.) He was expelled from sixth grade for bringing knife blades to school. (*Id.* at PageID.143, ¶ 93.) He was suspended from high school for stashing a carpenter blade and a reciprocating saw blade in his locker. (*Id.* at PageID.145, ¶ 106.) More than once he was disciplined for spitting on other students, fighting others, and threatening to kill them. (*Id.*) Once, he told another student that he (Salowitz) had started a new game called, "touch the penis," and he warned that the other student would be "dead meat" if he told an adult. (*Id.*) Separately, Salowitz drew multiple pictures of dead people with brains coming out of their heads along with guns and knives. (*Id.*) Eventually, he carved a message into his desk stating that he was going to "blow up the school." (*Id.* at PageID.141, ¶ 82.) He was expelled and never earned a diploma. (*Id.* at PageID.143, ¶ 93.)

## II. Discussion

Title 18 U.S.C. § 3553(a) directs this Court to impose a sentence that reflects the "nature and circumstances of the offense" as well as the "history and characteristics of the defendant." The same statute instructs this Court to consider the need for the sentence imposed "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense" as well as the need to "protect the public from further crimes of the defendant . . . ." 18 U.S.C. § 3553(a)(2).

Here, the need to protect the public from future crimes is paramount. This may seem harsh in view of Salowitz's comparative youth. Perhaps something terrible happened to him when he was very young. Perhaps, as he claims, he a victim of sexual assault, and perhaps he could become a safer person with professional help. (*See* PSR, PageID.143, ¶91.) But no matter who or what caused Salowitz to be the person he is, the fact remains that he is now an adult with criminal sexual proclivities, and whose recent past includes an obsession with violence and threatening others. He not only victimized a middle school girl; he did so and then tried to transform his child victim into a child perpetrator who recorded the sexual assault of a sibling. If, indeed, Salowitz is a victim of a sibling-perpetrated sexual assault as he claims, then he is better poised than anyone else to appreciate the wrongfulness of the conduct he encouraged, and the damage he could have caused if MV1 had been willing to act as his criminal agent.

Causation aside, Salowitz is dangerous. He committed his offense of conviction from the safety of his own home while communicating with a victim who lived across the country. Only through lengthy incarceration can this Court keep Salowitz from

harming other children. The government asks this Court to sentence Salowitz accordingly.

                                                 Respectfully submitted,

                                                 MARK A. TOTTEN
                                                 United States Attorney

Dated:  November 4, 2024                /s/ *Austin J. Hakes*
                                                 AUSTIN J. HAKES
                                                 Assistant United States Attorney
                                                 P.O. Box 208
                                                 Grand Rapids, MI  49501-0208
                                                 (616) 456-2404